| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Conti, Joy Flowers | U.S. District Court WDPA | 05/12/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Article III Judge | ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

5250 US Courthouse
700 Grant Street
Pittsburgh, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Counselor | W. Edward Sell American Inns of Court |
| 2. | At-Large Director | Federal Judges Association |
| 3. | Ex-Officio Member | Allegheny County Board of Directors |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Ross, Sinclaire & Associates, LLC - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | March 22-23, 2013 | New York, NY | NYIPLA Annual Federal Judges' Dinner | Food, Lodging, Transportation |
| 2. | Federal Judges Association | April 23-25, 2013 | Washington, D.C. | Annual Meeting | Lodging, Transportation, Parking |
| 3. | The eDiscovery Retreats | April 30 - May 2, 2013 | Half Moon Bay, CA | Carmel Valley eDiscovery | Food, Lodging, Transportation, Parking |
| 4. | The Sedona Conference | May 8-9, 2013 | Washington, D.C. | Regional Conference on Patent Litigation | Food, Lodging, Transportation, Parking |
| 5. | Allegheny County Bar Association | June 20-21, 2013 | Champion, PA | Allegheny County Bench Bar Conference | Food, Lodging, Conference Registration |

| Name of Person Reporting | Date of Report |
|---|---|
| **Conti, Joy Flowers** | 05/12/2014 |

| 6. | American Antitrust Institute | August 22-24, 2013 | Stanford, CA | Judicial Education | Food, Lodging, Transportation, Parking |
|---|---|---|---|---|---|
| 7. | The Sedona Conference | September 18-20, 2013 | Washington, D.C. | Patent Litigation Best Practices 2013 Annual Meeting | Food, Lodging, Transportation, Parking |
| 8. | Exterro | September 23-25, 2013 | Portland, OR | Exterro User Conference | Food, Lodging, Transportation, Parking |
| 9. | Huron Legal Institute | September 30 - October 1, 2013 | New York, NY | eDiscovery Advocacy Institute | Food, Lodging, Transportation, Parking |
| 10. | Academy of Trial Lawyers of Allegheny County | October 2-4 2013 | Farmington, PA | Annual Masters of Trial Advocacy Retreat | Food, Lodging, Conference Registration |
| 11. | The Sedona Conference | October 9-11, 2013 | Del Mar, CA | Annual Conference on Patent Litigation | Food, Lodging, Transportation, Conference Registration, Parking |
| 12. | Law Society of Upper Canada | October 29-30, 2013 | Toronto, Canada | eDiscovery Institute | Food, Lodging, Transportation, Parking |
| 13. | Georgetown University | November 20-22, 2013 | Washington, D.C. | Advanced eDiscovery | Food, Lodging, Transportation, Parking |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2. | -Federated PA Muni Service (Money Market) | A | Dividend | J | T | | | | | |
| 3. | -Red Mountain Resource Inc Stock | | None | K | T | Buy | 09/23/13 | K | | |
| 4. | ROTH IRA ROLLOVER ACCOUNT #1 ACCOUNT #1 | E | Int./Div. | M | T | | | | | |
| 5. | -Pershing Government Money Market Fund | | | | | | | | | |
| 6. | -General Motors Accep Corp Smartnotes (7.25% due 9/15/17) | | | | | Redeemed | 08/15/13 | K | | |
| 7. | -Deere & Co Stock | | | | | | | | | |
| 8. | -General Motors Accep Corp Smartnotes (7% due 1/15/13) | | | | | Matured | 01/15/13 | K | A | |
| 9. | -Lee Street Investors LLC Class B Units | | | | | | | | | |
| 10. | -Sanchez Energy Corp Stock | | | | | Buy (add'l) | 09/24/13 | J | | |
| 11. | -Boeing Co Stock | | | | | Sold | 01/16/13 | J | | |
| 12. | -Prospect Cap Corp Stock | | | | | | | | | |
| 13. | -New York Mtg Tr Inc REIT | | | | | Sold | 09/25/13 | J | | |
| 14. | -Newcastle Invt Corp (REIT) | | | | | Buy (add'l) | 09/25/13 | J | | |
| 15. | -GDL Fund | | | | | | | | | |
| 16. | -Knox Cnty, KY Hospital Bond (5.875% due 12/01/36) | | | | | Buy | 01/02/13 | K | | |
| 17. | -New Residential Invt Corp Stock | | | | | Spinoff (from line 14) | 05/21/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | | | Name of Person Reporting | Date of Report |
|---|---|---|---|---|---|
| | | | | Conti, Joy Flowers | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 09/25/13 | J | | |
| 19.  -TRC Companies Stock | | | | | Buy | 06/28/13 | J | | |
| 20.  RETIREMENT PLAN #2 | C | Int./Div. | N | T | | | | | |
| 21.  -CREF Stock Fund | | | | | | | | | |
| 22.  -TIAA Traditional Annuities | | | | | | | | | |
| 23.  -CREF Infl Linked Bond | | | | | Sold | 07/12/13 | K | | |
| 24.  -Vanguard Inflat Pro Sec A | | | | | Sold | 07/12/13 | K | | |
| 25.  -TC Intl Eq-Rtmt Fund | | | | | Buy | 07/12/13 | K | | |
| 26.  -TC Small Cap Eq-Rtmt Fund | | | | | Buy | 07/12/13 | K | | |
| 27.  -Vanguard Extended Mkt Index Fund | | | | | Buy | 07/12/13 | K | | |
| 28.  -Vanguard REITIndex Signal Fund | | | | | Buy | 07/12/13 | K | | |
| 29.  ROTH IRA ROLLOVER ACCOUNT #3 | D | Int./Div. | M | T | | | | | |
| 30.  -Pershing Government Money Market Fund | | | | | | | | | |
| 31.  -Navidea Biopharmaceuticals Stock | | | | | | | | | |
| 32.  -Genl Mtrs Accep Corp Smartnotes (7% due 01/15/13) | | | | | Matured | 01/15/13 | L | A | |
| 33.  -Knox Cnty, KY Hosp Bond (5.875% due 12/01/36) | | | | | | | | | |
| 34.  -Lee Street Investors LLC Class B Units | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Sanchez Energy Corp Stock | | | | | Buy (add'l) | 09/24/13 | J | | |
| 36.  -Caterpillar, Inc | | | | | Sold | 06/24/13 | K | | |
| 37.  -Springfield OH Summit County Bond (6.125% due 9/01/40) | | | | | Buy | 01/28/13 | K | | |
| 38.  -American Intl Group Stock | | | | | Buy | 01/28/13 | K | | |
| 39.  -Boeing Co Stock | | | | | Buy | 10/04/13 | J | | |
| 40.  -Viasat Inc Stock | | | | | Buy | 08/19/13 | J | | |
| 41.  -Bethlehem PA Bond (6.6% due 12/01/26) | | | | | Buy | 02/20/13 | K | | |
| 42. | | | | | Redeemed | 04/10/13 | J | | |
| 43.  IRA ROLLOVER ACCOUNT #6 | A | Int./Div. | K | T | | | | | |
| 44.  -S&T Bancorp Stock | | | | | | | | | |
| 45.  -Janney Advantage Insured Sweep (Money Market) | | | | | | | | | |
| 46.  MELLON BANK: ACCOUNTS | | None | J | T | | | | | |
| 47.  CITIZENS BANK: ACCOUNTS | | None | J | T | | | | | |
| 48.  MASSACHUSETTS MUTUAL: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 49.  MASSACHUSETTS MUTUAL: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 50.  NORTHWESTERN: WHOLE LIFE INS POLICY | | None | J | T | | | | | |
| 51.  METROPOLITAN LIFE: WHOLE LIFE POLICY | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  GENERAL AMERICAN: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 53.  MASSACHUSETTS MUTUAL: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 54.  METROPOLITAN LIFE: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 55.  NORTHWESTERN: WHOLE LIFE INS POLICY | | None | J | T | | | | | |
| 56.  HUNTINGTON BANK ACCOUNT | | None | K | T | | | | | |
| 57.  SIMPLE IRA ACCOUNT #1 | B | Int./Div. | L | T | | | | | |
| 58.  -Pershing Government Money Market Fund | | | | | | | | | |
| 59.  -Caterpillar Inc Stock | | | | | Sold | 11/05/13 | K | | |
| 60.  -Nuance Communications Inc Stock | | | | | | | | | |
| 61.  -Prospect Cap Corp Stock | | | | | | | | | |
| 62.  -American Intl Group Inc Stock | | | | | Buy | 08/09/13 | K | | |
| 63.  -Newcastle Invt Corp Stock | | | | | Buy | 12/27/13 | K | | |
| 64.  BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 65.  -Federated PA Muni Cash (Money Market) | A | Dividend | K | T | | | | | |
| 66.  -Pa St Fin Auth Rev Rfdg Penn Hills Bond (0% due 12/1/23) | | None | J | T | | | | | |
| 67.  -Harmony Twp Pa Bond (0% due 9/1/13) | | None | | | Sold (part) | 06/12/13 | K | A | |
| 68. | | | | | Matured | 09/01/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Canonsburg-Houston Pa Sewer Bond (3.55% due 12/1/14) | A | Interest | K | T | | | | | |
| 70. -Cambria Cnty Pa IDA Bond (4% due 10/1/22) | B | Interest | K | T | | | | | |
| 71. -Pa St Higher Educ Facs Bond (5.125% due 4/01/33) | A | Interest | K | T | Buy | 08/28/13 | K | | |
| 72. ROTH IRA ROLLOVER ACCOUNT #7 (new account in 2013) | | None | K | T | | | | | |
| 73. -Safe-T-Shade LLC | | | | | Buy | 06/25/13 | K | | |
| 74. SEVENTH STREET INVESTMENT LP | | None | K | T | Buy | 06/06/13 | K | | |
| 75. | | | | | Buy (add'l) | 11/11/13 | J | | |
| 76. AMG CELEBRATIONS | | None | J | T | Buy | 05/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional Information for Part VII (Investments and Trusts):

From prior years:

There is no Retirement Plan # 1

There is no IRA Rollover/Roth IRA Rollover Account # 2, 4 or 5

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/12/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joy Flowers Conti**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544